**Maurice T. SHAFFORD, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

No. 2008–3124.

United States Court of Appeals,
Federal Circuit.

Feb. 25, 2008.

**ORDER**

Order Vacated, See 2008 WL 1744522.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Wilfredo RAMOS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

No. 2008–3125.

United States Court of Appeals,
Federal Circuit.

Feb. 25, 2008.

Wilfredo Ramos, pro se.

**ORDER**

Order Vacated, See 2008 WL 1766908.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.